## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **CARICO, Connie Sue**, | * | **Case No. 19-11757-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |

### TRUSTEE'S OBJECTION TO EXEMPTION

Donald F. King, the Chapter 7 trustee in the above captioned case ("**Trustee**"), by

counsel, files this objection to exemption claimed by Connie Sue Carico ("**Debtor**"), and, in

support thereof, states as follows:

1.     The Debtor filed a voluntary petition under Chapter 7 on May 28, 2019.

2.     The Trustee is the duly qualified and acting Chapter 7 trustee for this estate.

3.     The meeting of creditors under 11 U.S.C. § 341 was concluded on June 27,

2019.

### Objection to Exemption Under Va. Code Ann. §§ 55-20.2 and 55-37

4.     According to the Debtor's Schedule C filed with this Court and the

Homestead Deed filed by the Debtor in the Prince William County land records, the Debtor

claims a tenancy-by-the-entireties ("**T-by-E**") exemption pursuant to Va. Code Ann. §§ 55-20.2

and 55-37 in real property located at 3408 Fitchburg Court, Woodbridge, VA 22193 (the

"**Property**").

5.     According to the deed provided to the Trustee, it appears that the Debtor

originally owned the Property in her individual name, then conveyed the Property by Deed of

---

**DONALD F. KING (VSB No. 23125)**
**Counsel for Chapter 7 Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone:   703-218-2116**
**Fax:       703-218-2160**
**Email:    donking@ofplaw.com**

Gift (i.e., without consideration) to herself and her spouse, Donna M. Sanderson, and then

subsequently encumbered the Property with a new mortgage, within two (2) years prior to the

bankruptcy filing, in order to create a T-by-E exemption and otherwise shield any equity that she

had in the Property.  The Trustee believes the transfer of the Property is avoidable under 11

U.S.C § 548.

      6.    Accordingly, the Trustee objects to the Debtor's claim of exemption under Va.

Code Ann. §§ 55-20.2 and 55-37 as to the Property.

      WHEREFORE, Donald F. King, Trustee, by counsel, requests that this Court

disallow the attempted T-by-E exemption claimed by the Debtor in the Property and provide such

further relief as this Court deems just and proper.

      **Respectfully Submitted,**

      **DONALD F. KING, TRUSTEE**
      **By Counsel**

**By:**      **/s/ *Donald F. King***
      **Donald F. King (VSB No. 23125)**
      **Counsel for Chapter 7 Trustee**
      **ODIN FELDMAN & PITTLEMAN PC**
      **1775 Wiehle Avenue, Suite 400**
      **Reston, Virginia 20190**
      **Phone:  703-218-2116**
      **Fax:    703-218-2160**
      **Email:**  donking@ofplaw.com

#4354246v1   31070/00001